No. 79–2012.  GALLAGHER *v.* CHRYSLER CORP.  C. A. 6th Cir.  Certiorari denied.

No. 79–2013.  ANGRIST *v.* UNITED STATES; and

No. 79–2017.  WEXLER *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  Reported below: 621 F. 2d 1218.

No. 79–2015.  THOMAS ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 79–2020.  HAMMETT *v.* ROCKWELL INTERNATIONAL CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 79–2021.  STRAND *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 79–2022.  BUCHER ET AL. *v.* SHUMWAY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 79–2023.  PATINO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 79–2024.  URBATEC *v.* YUMA COUNTY, ARIZONA.  C. A. 9th Cir.  Certiorari denied.

No. 79–2025.  STERRITT TRUCKING, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir.  Certiorari denied.

No. 79–2027.  ANDERSON, LEGAL REPRESENTATIVE OF ANDERSON'S ESTATE, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.

No. 79–2029.  HOEHLING *v.* UNIVERSAL CITY STUDIOS, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 79–2031.  INSURANCE COMPANY OF NORTH AMERICA *v.* POYNER ET AL.  C. A. 6th Cir.  Certiorari denied.